**Order entered September 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00666-CV

**ALTUS BRANDS II, LLC, Appellant**

**V.**

**MICHAEL ALEXANDER, ET AL., Appellees**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-11-654**

## ORDER

We **GRANT** appellees' September 4, 2013 second motion for an extension of time to file a brief. Appellees shall file their brief on or before October 7, 2013. We caution appellees that no further extension of time will be granted absent extraordinary circumstances.

/s/     DAVID LEWIS
          JUSTICE